CRIMINAL CAUSE FOR STATUS CONFERENCE

BEFORE: Bianco,J.              DATE: 7/16/2015       TIME: 1:30 p.m.
                                                     TIME IN COURT: 15 minutes

DOCKET NUMBER: CR 15-0087       TITLE: USA v. Sergio Cerna, et al.

DEFT NAME: Sergio Cerna
 X  PRESENT    ___NOT PRESENT       X IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.:Joseph Ferrante
 X PRESENT    ___NOT PRESENT               ___RET    X C.J.A.
                                                     ___FED. DEF. OF NY, INC.

DEFT NAME: Edwin Acosta-Martinez
 X  PRESENT    ___NOT PRESENT       X IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.:Joseph Ferrante
 X PRESENT    ___NOT PRESENT               ___RET    X C.J.A.
                                                     ___FED. DEF. OF NY, INC.

DEFT NAME: Arnolvin Umanzor Velasquez
 X  PRESENT    ___NOT PRESENT       X IN CUSTODY    ___ ON BAIL

ATTY. FOR DEFT.:Gary Villanueva (appointed)
 X PRESENT    ___NOT PRESENT               ___RET    X C.J.A.
                                                     ___FED. DEF. OF NY, INC.


A.U.S.A. John Durham and Raymond Tierney     DEPUTY CLERK: Michele Savona

COURT REPORTER:   ___P. AUERBACH   ___E. COMBS   ___P. LOMBARDI
   ___H. RAPAPORT    X M. STEIGER   ___D. TURSI   ___O. WICKER
   ___S. Picozzi

INTERPRETER: Maya Gray


 X    CASE CALLED; COUNSEL FOR ALL SIDES PRESENT.

 X    FIRST APPEARANCE OF DEFENDANT.

___   DEFT(S) STATES TRUE NAME TO BE:_____

___   DEFT. ARRAIGNED ON INDICTMENT, THE COURT READS THE INDICTMENT ON THE
      RECORD, AND ENTER(S) A NOT GUILTY PLEA TO THE CHARGES.

___   WAIVER OF INDICTMENT EXECUTED.

 X    DEFT. CONTINUED IN CUSTODY.

___   PERM. ORDER OF DETENTION CONTINUED FOR DEFT.

 X    SPEEDY TRIAL INFORMATION:
      CODE TYPE:  X-          START DATE: 7/16/2015 XSTRT
                              STOP DATE: 9/21/2015 XSTOP

 X    NEXT STATUS CONFERENCE SET FOR 9/21/15 at 10:30 a.m.

____    **OTHER:** _____

Case 2:15-cr-00087-JFB   Document 34   Filed 07/16/15   Page 2 of 2 PageID #: 134