**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 28 2015 ★

LONG ISLAND OFFICE

## INFORMATION SHEET

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF NEW YORK

1. Title of Case: <u>United States v. Sergio Cerna, aka "Taz" and "Lechon," Edwin Acosta-Martinez, aka "Scarface," and Arnolvin Umanzor Velasquez, aka "Momia" and "Lito,"</u>

2. Related Magistrate Docket Number(s): _____

3. Arrest Date:

4. Nature of offense(s):   ☒ Felony
   ☐ Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3.2 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   ☐
   More than 6 weeks   ☒

7. County in which crime was allegedly committed: _____Suffolk_____
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Was any aspect of the investigation, inquiry and prosecution giving rise to the case pending or initiated before March 10, 2012.[1]   ☒ Yes  ☐ No

9. Has this indictment/information been ordered sealed?   ☐ Yes  ☒ No

10. Have arrest warrants been ordered?   ☐ Yes  ☒ No

11. Is there a capital count included in the indictment?   ☒ Yes  ☐ No

ROBERT L. CAPERS
UNITED STATES ATTORNEY

By: _____
John J. Durham
Assistant U.S. Attorney
631-715-7851

Rev. 10/04/12