I Katya Mireya Alvarado de Velasquez,

My husband is Arnolvin Velasquez Umanzor. He is a good person, a good father and a good husband. He needs us and we need him. Our daughters ask for their father constantly. When they arrested him I was so upset but not just for myself, for him, and most of all for my daughters. He was an active member of our church and a hardworking person. He is only about work; he goes from work to home and home to church, this is what we would do together as a family

I ask God for everything to turn out well for my husband because we really need him. We have three daughters, one nine months old, one two years old, and one three years old. They are so young and they really need their father.

We need you very much Arnolvin Velasquez Umanzor.

yo Katya Mireya Alvarado de Velasquez

Mi Esposo Arnoluin Velasquez Umanzor El Es buena persona y buen papá y buen esposo el nos necesita anosotros y nosotras a el lo necesitamos nuestras hijas preguntan por el por el papá el cuando lo agararon yo Me puse Mal por mi por el y por mis hijas el iba ala iglesia el hera una persona trabajadora el Solo trabajaba el es del trabajo ala casa y de la casa ala iglesia asi pasabamos como Familia que somo le pido a dios que todo le Salga bien ami esposo. por que lo necesitamos Mucho a el tenemos 3 niñas una de 9 Meses otra de 2 años Otra de 3 años estan bien chikitas nuestras niñas Tenecesitamos Mucho Arnoluin Velasquez Umanzor