August 18, 2016

To Whom It May Concern:

I, *Santos Acosta*, US Resident with address at 3833 Stoney Creek Dr. Flowery Branch, GA 30542. Hereby writing to you regarding *Arnolvin Velasquez Umanzor*.

Whom I personally know since we were little, and when he came to the United States we reunited again and worked together in the landscaping business, I formed my company and Arnolvin worked for me during the period of June 2013 until May 2015 and in all this time of knowing him, he has demonstrated to me to be a very hard worker man, honest and responsible, and easy going individual, friendly and willing to help when needed.

In all these years I have never notice any fault, or legal problems in which he could be involved, he always has been a very clear man, good husband and excellent father to his children with good principles and moral character.

I definitely consider that he deserves the opportunity to stay in this country legally following his dreams to build a better future for him and his family.

If you have any further questions, please feel free to contact me at the address listed above or by phone at: 678-4717372.

_____
Santos Acosta

*Sworn to and subscribed before me*
*This 18th day of August, 2016.*

NORMA HERNANDEZ
PUBLIC NOTARY – HALL COUNTY
COMM. EXP. 09/02/2018