**OPTIMA FOODS, INC.**

10090

ARNOLVYN UMANZOR

Employee ID: UMA001
Social Sec # xxx-xx-▉▉▉

| | This Check | Year to Date | | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 350.00 | 7,331.00 | | | | |
| Soc Sec | -21.70 | -454.52 | Regular | 40.00 | 8.00 | 320.00 |
| Medicare | -5.08 | -106.32 | Overtime | 2.50 | 12.00 | 30.00 |
| State | -8.77 | -204.97 | | | | |
| Fed Income | -37.57 | -815.98 | | | | |
| SDI | -0.60 | -11.40 | | | | |

| | | | | |
|---|---|---|---|---|
| Net Check: | $276.28 | Total | 42.50 | 350.00 |
| Check Date: | 10/1/13 | | | |

Pay Period Ending: Sep 28, 2013
Check Number: 10090

**OPTIMA FOODS, INC.**                                                                10181

ARNOLVYN UMANZOR                                    Employee ID: UMA001
                                                     Social Sec # xxx-xx-■■■■

|  | This Check | Year to Date |  | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Gross | 320.00 | 8,373.00 |  |  |  |  |
| Soc Sec | -19.84 | -519.43 | Regular | 40.00 | 8.00 | 320.00 |
| Medicare | -4.64 | -121.50 | Overtime |  | 12.00 |  |
| State | -7.42 | -231.96 |  |  |  |  |
| Fed Income | -33.07 | -928.24 |  |  |  |  |
| SDI | -0.60 | -13.20 |  |  |  |  |

Net Check:      $254.43                    Total        40.00                320.00
Check Date:     10/22/13                                 Pay Period Ending: Oct 19, 2013
                                                         Check Number: 10181

**Messer Enterprises, LLC**
88 W Candler St
Winder, GA 30680

**Earnings Statement**

| | | |
|---|---|---|
| Check Date: | January 22, 2015 |
| Period Beginning: | January 01, 2015 |
| Period Ending: | January 15, 2015 |

ARNALVIN VELAZQUEZ UMANZOR Employee Number   30185

| | | | |
|---|---|---|---|
| Stores | 31559 | Check Number | 1439480 |
| Department | 000610 | Net Pay | 518.34 |
| | | Check Amount | 518.34 |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 7.50 | 88.03 | 660.23 | 168.93 | 1266.98 |
| Total Gross Pay | | 88.03 | 660.23 | 168.93 | 1266.98 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 660.23 | 9.57 | 18.37 |
| Medicare - Additional | | 660.23 | | |
| OASDI | | 660.23 | 40.93 | 78.55 |
| Federal Income Tax | S/0 | 660.23 | 65.44 | 122.86 |
| Georgia SITW | S/0 | 660.23 | 25.95 | 48.69 |
| **Total Tax Withholding** | | | 141.89 | 268.47 |

**Messer Enterprises, LLC**
88 W Candler St
Winder, GA 30680

**Earnings Statement**

| | |
|---|---|
| Check Date: | December 22, 2014 |
| Period Beginning | December 01, 2014 |
| Period Ending: | December 15, 2014 |
| Check Number | 1383350 |
| Net Pay | 485.59 |
| Check Amount | 485.59 |

ARNALVIN VELAZQUEZ LIMIANZOR    30185

| | | |
|---|---|---|
| Stores | 31559 | |
| Department | 000610 | |

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Reg | 7.50 | 82.03 | 615.23 | 361.21 | 2701.80 |
| OT | | | | 14.17 | 159.41 |
| **Total Gross Pay** | | 82.03 | 615.23 | 375.38 | 2861.21 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 615.23 | 8.92 | 41.49 |
| Medicare - Additional | | 615.23 | | |
| OASDI | | 615.23 | 38.15 | 177.40 |
| Federal Income Tax | S/0 | 615.23 | 59.32 | 270.09 |
| Georgia SITW | S/0 | 615.23 | 23.25 | 103.64 |
| **Total Tax Withholding** | | | 129.64 | 592.62 |

1273

| Form **1040** | Department of the Treasury—Internal Revenue Service (99) | | |
|---|---|---|---|

**U.S. Individual Income Tax Return** **2013** OMB No. 1545-0074 | IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2013, or other tax year beginning , 2013, ending , 20 | See separate instructions.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| ARNOLViN U | VELASQUEZ | ▨▨▨▨▨ |

| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
|---|---|---|

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
▨▨ CONNECTICUT AVENUE

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
Bay Shore, NY 11706

▲ Make sure the SSN(s) above and on line 6c are correct.

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

**Filing Status**
Check only one box.

1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a ................ }

b ☐ Spouse

Boxes checked on 6a and 6b: **1**

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit (see instructions) |
|---|---|---|---|
| ▨▨▨▨▨ | ▨▨▨▨▨ | Daughter | X |

No. of children on 6c who:
- lived with you **1**
- did not live with you due to divorce or separation (see instructions)

Dependents on 6c not entered above

If more than four dependents, see instructions and check here ▶ ☐

Add numbers on lines above ▶ **2**

d Total number of exemptions claimed .........................

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 ............... | 7 | 19,829. |
| 8a | Taxable interest. Attach Schedule B if required ............... | 8a | |
| b | Tax-exempt interest. Do not include on line 8a ...... | | |
| 9a | Ordinary dividends. Attach Schedule B if required ............ | 9a | |
| b | Qualified dividends ............... | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes ...... | 10 | |
| 11 | Alimony received ............................... | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ ............ | 12 | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ...... ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 ............... | 14 | |
| 15a | IRA distributions ......... 15a | b Taxable amount .......... | 15b | |
| 16a | Pensions and annuities ..... 16a | b Taxable amount ......... | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E ..... | 17 | |
| 18 | Farm income or (loss). Attach Schedule F ............... | 18 | |
| 19 | Unemployment compensation ............... | 19 | |
| 20a | Social security benefits ... 20a | b Taxable amount ......... | 20b | |
| 21 | Other income. List type and amount | 21 | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 19,829. |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses ............... | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ .. | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 ......... | 25 | |
| 26 | Moving expenses. Attach Form 3903 ............... | 26 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE .... | 27 | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans ........... | 28 | |
| 29 | Self-employed health insurance deduction ............... | 29 | |
| 30 | Penalty on early withdrawal of savings ............... | 30 | |
| 31a | Alimony paid     b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction ............................... | 32 | |
| 33 | Student loan interest deduction ............... | 33 | |
| 34 | Tuition and fees. Attach Form 8917 ............... | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 ... | 35 | |
| 36 | Add lines 23 through 35 ............... | 36 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ..... ▶ | 37 | 19,829. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions. FD100 Form **1040** (2013)

VSA

DO Not File - Client COPY



Form 1040 (2013) ARNOLVIN U VELASQUEZ     Page **2**

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) . . . . . . . . . . . . . . . . . . . . | 38 | 19,829. |
| | 39a | Check if: ☐ You were born before January 2, 1949, ☐ Blind. ☐ Spouse was born before January 2, 1949, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b | | |
| **Standard Deduction for—** ● People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. ● All others: Single or Married filing separately, $6,100 Married filing jointly or Qualifying widow(er), $12,200 Head of household, $8,950 | 40 | Itemized deductions (from Schedule A) **or** your standard deduction (see left margin) . . . . . | 40 | 8,950. |
| | 41 | Subtract line 40 from line 38 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 41 | 10,879. |
| | 42 | Exemptions. If line 38 is $150,000 or less, multiply $3,900 by the number on line 6d. Otherwise, see instructions | 42 | 7,800. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- . . . . . | 43 | 3,079. |
| | 44 | Tax (see instructions). Check if any from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ | 44 | 308. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 . . . . . . . . . . . . . | 45 | |
| | 46 | Add lines 44 and 45 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ | 46 | 308. |
| | 47 | Foreign tax credit. Attach Form 1116 if required . . . . . . . . . . . | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 19 . . . . . . . . . . . | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 . . . . . | 50 | |
| | 51 | Child tax credit. Attach Schedule 8812, if required . . . . . . . . . | 51 | 308. |
| | 52 | Residential energy credits. Attach Form 5695 . . . . . . . . . . . | 52 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your **total credits** . . . . . . . . . . . . . . . | 54 | 308. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- . . . . . . . . . . . ▶ | 55 | 0. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE . . . . . . . . . . . . . . . . . . . . . . | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 . . . | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required . . . . | 58 | |
| | 59a | Household employment taxes from Schedule H . . . . . . . . . . . . . . . . . . . . | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required . . . . . . . . . . . | 59b | |
| | 60 | Taxes from: a ☐ Form 8959 b ☐ Form 8960 c ☐ Instructions; enter code(s) | 60 | |
| | 61 | Add lines 55 through 60. This is your **total tax** . . . . . . . . . . . . . . . . . ▶ | 61 | 0. |
| **Payments** If you have a qualifying child, attach Schedule EIC. | 62 | Federal income tax withheld from Forms W-2 and 1099 . . . . | 62 | 2,036. |
| | 63 | 2013 estimated tax payments and amount applied from 2012 return . . . | 63 | |
| | 64a | Earned income credit (EIC) . . . . . . . . . . . . . . | 64a | 2,884. |
| | b | Nontaxable combat pay election . . . . . 64b | | |
| | 65 | Additional child tax credit. Attach Schedule 8812 . . . . . . . | 65 | 692. |
| | 66 | American opportunity credit from Form 8863, line 8 . . . . . . . | 66 | |
| | 67 | Reserved . . . . . . . . . . . . . . . . . . . . | 67 | |
| | 68 | Amount paid with request for extension to file . . . . . . . . | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld . . . . . . | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 . . . . . . | 70 | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ Reserved c ☐ 8885 d ☐ | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your **total payments** . . . . . . . . ▶ | 72 | 5,612. |
| **Refund** Direct deposit? See instructions. | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you **overpaid** | 73 | 5,612. |
| | 74a | Amount of line 73 you want **refunded to you.** If Form 8888 is attached, check here . . . ▶ | 74a | 5,612. |
| | ▶ b | Routing number XXXXXXXXX ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶ d | Account number XXXXXXXXXXXXXXXXX | | |
| | 75 | Amount of line 73 you want **applied to your 2014 estimated tax** ▶ 75 | | |
| **Amount You Owe** | 76 | **Amount you owe.** Subtract line 72 from line 61. For details on how to pay, see instructions ▶ | 76 | 0. |
| | 77 | Estimated tax penalty (see instructions) . . . . . . . . . . . 77 | | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☒ **Yes.** Complete below. ☐ **No** |
|---|---|
| | Designee's name ▶ Liberty Tax Service    Phone no. ▶ (631) 371-1515    Personal identification number (PIN) ▶ |

| **Sign Here** Joint return? See instructions. Keep a copy for your records. | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
|---|---|---|---|---|
| | Your signature | Date 3/3/2014 | Your occupation DELIVERY | Daytime phone number (516) 725-8477 |
| | Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |

| **Paid Preparer Use Only** | Print/Type preparer's name Gloria Corzo | Preparer's signature | Date 3/3/2014 | Check ☐ if self-employed | PTIN P01987098 |
|---|---|---|---|---|---|
| | Firm's name ▶ Liberty Tax Service | | | Firm's EIN ▶ | |
| | Firm's address ▶ Brentwood, NY 11717 | | | Phone no. (631) 371-1515 | |

VSA        FD100        Form **1040** (2013)

DO Not File - Client Copy



1273

# Earned Income Credit

**SCHEDULE EIC**
(Form 1040A or 1040)

Qualifying Child Information

OMB No. 1545-0074

**20**13

Department of the Treasury
Internal Revenue Service (99)

► Complete and attach to Form 1040A or 1040 only if you have a qualifying child.
► Information about Schedule EIC (Form 1040A or 1040) and its instructions is at www.irs.gov/scheduleeic.

Attachment
Sequence No. **43**

Name(s) shown on return

ARNOLViN U VELASQUEZ

Your social security number

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

***Before you begin:***
- See the instructions for Form 1040A, lines 38a and 38b, or Form 1040, lines 64a and 64b, to make sure that (a) you can take the EIC, and (b) you have a qualifying child.
- Be sure the child's name on line 1 and social security number (SSN) on line 2 agree with the child's social security card. Otherwise, at the time we process your return, we may reduce or disallow your EIC. If the name or SSN on the child's social security card is not correct, call the Social Security Administration at 1-800-772-1213.

**CAUTION!**
- *If you take the EIC even though you are not eligible, you may not be allowed to take the credit for up to 10 years. See instructions for details.*
- *It will take us longer to process your return and issue your refund if you do not fill in all lines that apply for each qualifying child.*

| Qualifying Child Information | Child 1 | Child 2 | Child 3 |
|---|---|---|---|
| **1 Child's name** If you have more than three qualifying children, you only have to list three to get the maximum credit. | First name    Last name  ▮▮▮▮, ▮▮▮▮▮ | First name    Last name | First name    Last name |
| **2 Child's SSN** The child must have an SSN as defined in the instructions for Form 1040A, lines 38a and 38b, or Form 1040, lines 64a and 64b, unless the child was born and died in 2013. If your child was born and died in 2013 and did not have an SSN, enter "Died" on this line and attach a copy of the child's birth certificate, death certificate, or hospital medical records. | ▮▮▮▮▮▮ | | |
| **3 Child's year of birth** | Year  2012 *If born after 1994 and the child was younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year ____ *If born after 1994 and the child was younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* | Year ____ *If born after 1994 and the child was younger than you (or your spouse, if filing jointly), skip lines 4a and 4b; go to line 5.* |
| **4a** Was the child under age 24 at the end of 2013, a student, and younger than you (or your spouse, if filing jointly)? | ☐ Yes. *Go to line 5.*  ☐ No. *Go to line 4b.* | ☐ Yes. *Go to line 5.*  ☐ No. *Go to line 4b.* | ☐ Yes. *Go to line 5.*  ☐ No. *Go to line 4b.* |
| **b** Was the child permanently and totally disabled during any part of 2013? | ☐ Yes. *Go to line 5.*  ☐ No. The child is not a qualifying child. | ☐ Yes. *Go to line 5.*  ☐ No. The child is not a qualifying child. | ☐ Yes. *Go to line 5.*  ☐ No. The child is not a qualifying child. |
| **5 Child's relationship to you** (for example, son, daughter, grandchild, niece, nephew, foster child, etc.) | Daughter | | |
| **6 Number of months child lived with you in the United States during 2013** • If the child lived with you for more than half of 2013 but less than 7 months, enter "7." • If the child was born or died in 2013 and your home was the child's home for more than half the time he or she was alive during 2013, enter "12." | 12 months *Do not enter more than 12 months.* | ____ months *Do not enter more than 12 months.* | ____ months *Do not enter more than 12 months.* |

For Paperwork Reduction Act Notice, see your tax return instructions.    FD121    Schedule EIC (Form 1040A or 1040) 2013

VSA

2013

## EIC Qualification Checklist (Schedule EIC)

Name
ARNOLViN U VELASQUEZ

Social Security Number
████████████████

### Earned Income Status

Earned Income Credit:    2,884.

This return qualifies for EIC.

### Due Diligence Information

████████████████████████

Did you comply with the knowledge requirements? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . YES [X]  NO [ ]
Check 'NO' if the taxpayer has been disqualified from claiming EIC. IRS reject code 0606.

- You must not know or have reason to know that any information used to determine the taxpayer's eligibility for, and the amount of, the EIC is incorrect.
- You may not ignore implications of information furnished to or known by you, and you must make reasonable inquiries if the infomation furnished appears to be incorrect, inconsistent, or incomplete.

#### Person Providing Information

[X] Taxpayer on this return

[ ] Spouse on this return

[ ] Taxpayer and spouse on this return

[ ] Person other than taxpayer or spouse.    Name: ARNOLViN U VELASQUEZ

Date: 2/22/2014   How did you obtain this information:    ASKED THE EIC WORSHEET QUESTIONS
For example, "Asked the EIC worksheet questions."

### All Filers

1. Do the taxpayer, and spouse if married filing joint or claiming spousal exemption, and all qualifying children have valid SSN for work? . . . . . . . . . . . . . . . . . . . . . . . . . . . . YES [X]  NO [ ]

2. Could the taxpayer, or spouse if married filing joint, be the qualifying child of another person? . . . . YES [ ]  NO [X]

3. Was the taxpayer either:    a US citizen or resident alien for the entire year, or
filing a joint return and the spouse is a US Citizen or resident alien? . . YES [X]  NO [ ]

### Form 8862 Requirements

4. Has your EIC been reduced or disallowed on previous returns for any reason other than a math or clerical error? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . YES [ ]  NO [X]

5. Was the only reason your EIC was reduced or disallowed in the earlier year because it was determined that a child listed on **Schedule EIC** was not your qualifying child? . . . . . . . . . . . . . . . . YES [ ]  NO [ ]

**Form 8862 is not required.**

### Taxpayers With Children

Number of qualifying children from Schedule EIC:    [1]

**Child 1**
████████████

6a. Did your qualifying son, daughter, adopted child, grandchild, stepchild, brother, sister, niece, nephew, or eligible foster child live with the taxpayer in the United States (not including US Possessions) for over half the year?    YES [X] NO [ ]

b. Select 'Yes' if the child is not married. If the child is married, is the taxpayer claiming the child as a dependent and the child is not filing a joint return (or is filing it only as a claim for refund).    YES [X] NO [ ]

c. If child is a foster child, was the child placed in the home by an authorized agency? (Skip this question if the child is NOT a FOSTER CHILD.)    YES [ ] NO [ ]

7. Can another person (other than your spouse who you are filing jointly with) claim your child as a qualifying child for the EIC credit?    YES [ ] NO [X]

VSA

FD861

**EIC Due Diligence Questions and Answers (Schedule EIC)**                                          2013

| Name | Social Security Number |
|---|---|
| ARNOLViN U VELASQUEZ | ██████ |

This worksheet can be used to provide additional information to the IRS to support the Earned Income Credit.

We strongly encourage you to **include appropriate details** in each answer. **Simple "Yes" , "No" or "Unknown" answers will not be enough to cover your Due Diligence requirement.** Complete sentences are required.

The Questions that come up automatically are just a guideline.You may need to ask and add more questions.
To add a question: type the question in the left box, type the answer in the right box.          EIC Paid Preparers Toolkit @ IRS.gov

[X] Documentation of Due Diligence Q and A is complete.  All necessary additional questions have been asked and documented below

| Due Diligence Question | Due Diligence Explanation |
|---|---|
| What is the name of the person(s) who cared for the child while you worked? | THE OTHER PARENT |
| What is the relationship of the person(s) who cared for the child while you worked? | GIRLFRIEND |
| When did you last see the child's other parent? | I SAW YESTERDAY |
| Where did you last see the child's other parent? | IN HER HOUSE |
| What is the frequencey of contact that the child has with the other parent? | SHE SAW THE CHILD EVERY DAY |
| | |
| | |
| | |
| | |
| | |

[   ]   Check this box to carry the above information to the IRS Preparer Notes.